IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bogdan, Mirella | Case Number: 07 B 08358 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/4/07 | Filed: 5/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Transferred: August 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 1,588.13 | 0.00 |
| 4. | LaSalle Bank NA | Unsecured | 335.40 | 0.00 |
| 5. | HSBC Bank USA | Unsecured | 329.24 | 0.00 |
| 6. | B-Real LLC | Unsecured | 151.33 | 0.00 |
| 7. | American General Finance | Unsecured | 253.55 | 0.00 |
| 8. | Capital One | Unsecured | 79.29 | 0.00 |
| 9. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 10. | American Collection Corp | Unsecured | | No Claim Filed |
| 11. | Bank Of America | Unsecured | | No Claim Filed |
| 12. | Medical Collections | Unsecured | | No Claim Filed |
| 13. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 14. | GC Services Corporation | Unsecured | | No Claim Filed |
| 15. | Banco Popular De Puerto Rico | Unsecured | | No Claim Filed |
| 16. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 17. | W&W | Unsecured | | No Claim Filed |
| 18. | Saxon Mortgage Services Inc | Unsecured | | No Claim Filed |
| 19. | LTD Financial Services | Unsecured | | No Claim Filed |
| 20. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 21. | Wilshire Credit Corp | Unsecured | | No Claim Filed |
| 22. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| | | | $ 2,736.94 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bogdan, Mirella | Case Number: 07 B 08358 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/4/07 | Filed: 5/8/07 |

### TRUSTEE FEE DETAIL

Fee Rate         Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_